Oct-06-06 11:26am From-US DISTRICT 2138943924 T-085 P.02/03 F-832
09/20/2008 13:42 FAX 213 894 0249 US DISTRICT CT

Case 1:04-mj-02093 Document 24 Filed 10/10/06 Page 1 of 2
Case 2:04-cr-00229-RMT Document 225 Filed 09/20/2006 Page 1 of 2
Case 2:04-cr-00229-RMT Document 224 Filed 09/20/2006 Page 1 of 2

THE HONORABLE ROBERT M. TAKASUGI

FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORENZO LAMANTIA, <br><br> Defendant. | Case No. CR04-00229-RMT <br><br> (and Case No. MG-F-04-2093, U.S. District Court for the Eastern District of California) <br><br> ORDER [proposed] AUTHORIZING THE PERMANENT RETURN OF DYANN LAMANTIA'S PASSPORT TO HER <br><br> CLERK'S ACTION REQUIRED |

ORDER

The Court, having considered the Stipulation by the Government and Defendant LaMantia for Return of Dyann LaMantia's Passport, hereby GRANTS the motion. The Court ORDERS the clerk of the court to provide a certified copy of this ORDER to the clerk of the U.S. District Court for the Eastern District of California in Fresno, California. The clerk shall return Dyann LaMantia's passport to her at the address to be provided by her to the clerk. The Court also ORDERS that all other conditions of release for defendant Lorenzo LaMantia remain in effect except that Dyann LaMantia is not required to re-post her passport with the clerk.

ORDER AUTHORIZING RETURN OF PASSPORT
IN CASE NO. CR04-00229-RMT – 1

04-CR-00229-MRET

Oct-06-06 11:26am From-US DISTRICT 2139843924 T-082 P.03/03 F-832
Case 1:04-mj-02093 Document 24 Filed 10/10/06 Page 2 of 2
Case 2:04-cr-00229-RMT Document 225 Filed 09/20/2006 Page 2 of 2
Case 2:04-cr-00229-RMT Document 224 Filed 09/20/2006 Page 2 of 2

DATED this 20th day of September, 2006

Robert M. Takasugi
U.S. District Judge

Presented by:

Catherine Chaney
Attorney for Lorenzo LaMantia

ORDER AUTHORIZING RETURN OF PASSPORT
IN CASE NO. CR04-00229-RMT – 2