FILED

DEC 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | | |
|---|---|---|
| USA | ) | 1:04-MJ-02093-001 |
|         Plaintiff, | ) | |
|     vs. | ) | **RECONVEYANCE ORDER** |
| LORENZO LAMANTIA | ) | |
|         Defendant. | ) | |

On July 28, 2008, the above-entitled defendant, LORENZO LAMANTIA, was sentenced before the Honorable U.S. District Judge Robert M. Takasugi in the District of Washington at Seattle (Stipulation and Order signed November 26, 2008 attached as Exhibit A). The two property bonds of Baldip and Kamlesh Singh, 720 Pine Tree Lane, Modesto, California 95351 and the one property bond of Karen A LaMantia-Solberg, 2812 Walnut Terrace, Modesto, California 95355, shall be reconveyed forthwith.

IT IS SO ORDERED.

Dated: Dec 11, 2008

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

THE HONORABLE ROBERT M. TAKASUGI

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington
By [signature]
Deputy Clerk

RECEIVED
DEC 08 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LORENZO LAMANTIA,<br>Defendant. | Case No. CR04-00229-RMT<br>(and Case No. MG-F-04-2093, U.S. District Court for the Eastern District of California)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER BY THE GOVERNMENT AND DEFENDANT LAMANTIA TO EXONERATE BOND IN MAGISTRATE JUDGE'S RELEASE ORDER<br>Noted: 11/26/2008<br><br>**CLERK'S ACTION REQUIRED** |

The government, through DOJ attorney, Larry Wszalek, and defendant Lorenzo LaMantia, by his attorney, Catherine Chaney, stipulate that the following is true and correct. The parties jointly move the Court for an order exonerating the bond in the magistrate judge's order setting conditions of release for Mr. LaMantia and directing the clerk of the U.S. District Court for the Eastern District of California to re-convey the three real property deeds posted to their owners. The Honorable Robert M. Takasugi sentenced Mr. LaMantia on July 28, 2008. In October Mr. LaMantia self-surrendered to FCI-Sheridan, Oregon and is serving his sentence there.

LAW OFFICE OF CATHERINE CHANEY
606 Second Avenue # 284, Seattle, WA 98121
(206) 343-7642

Exh. "A"

The deeds to be re-conveyed are:

1)      Deed # 2004-0073941-00 (POK) Def: Lorenzo LaMantia in - 1:04CR02093

(Receipt # 101 5490) by owner Karen A. LaMantia-Solberg, 2812 Walnut

Terrace, Modesto, CA 95355 (posted June 18, 2004);

2)      Deed #  2004-0073940-00 (POK) Def: Lorenzo LaMantia - 1:04CR02093 by

owners Baldip and Kamlesh Singh, 720 Pine Tree Lane, Modesto, CA 95351

(posted June 18, 2004); and

3)      Deed # 2004-0076471-00 (POK) Def: Lorenzo LaMantia - 1:04CR02093 by

owners Baldip and Kamlesh Singh, 720 Pine Tree Lane, Modesto, CA 95351

(posted June 23, 2004).

DATED this 25th day of November, 2008.

Respectfully submitted,

*s/Catherine Chaney*
CATHERINE CHANEY
WSBA No. 21405
Attorney for Lorenzo LaMantia

Signature authorized via email:

*s/Larry J. Wszalek*
LARRY J. WSZALEK
U.S. Department of Justice
Tax Division

//
//
//
//
//
//
//
//
//

STIPULATION FOR EXONERATION OF DEFENDANT
LAMANTIA'S BOND IN
CASE NO. CR04-00229-RMT -- 2

LAW OFFICE OF CATHERINE CHANEY
606 Second Avenue # 284, Seattle, WA 98121
(206) 343-7642

1

ORDER [PROPOSED]

3

The Court, having considered the Stipulation by the United States and Defendant

5

LaMantia in support of exonerating the bond and re-conveying the real property deeds to their

7

owners, hereby GRANTS the motion. The Court ORDERS the clerk of the court to provide a

9

certified copy of this ORDER to the clerk of the U.S. District Court for the Eastern District of

11

California in Fresno, California. The clerk shall return the deed numbers set forth above to their

13

owners.

15

DATED this 26th day of November, 2008.

17

19

21

Robert M. Takasugi
U.S. District Judge

23

25

27

29

31 Presented by:

33 Catherine Chaney
Attorney for Lorenzo LaMantia

35

37

39

41

43

45

47

49

STIPULATION FOR EXONERATION OF DEFENDANT
LAMANTIA'S BOND IN
CASE NO. CR04-00229-RMT -- 3

LAW OFFICE OF CATHERINE CHANEY
606 Second Avenue # 284, Seattle, WA 98121
(206) 343-7642